**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| CARLOS FOSTER,<br><br>            Petitioner - Appellant,<br><br>    v.<br><br>TIM V. VIRGA, Warden,<br><br>            Respondent - Appellee. | No. 14-15687<br><br>D.C. No. 2:13-cv-02138-KJM<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted January 21, 2015[**]

Before:     CANBY, GOULD, and N.R. SMITH, Circuit Judges.

Carlos Foster appeals pro se from the district court's judgment dismissing

his 28 U.S.C. § 2254 habeas petition.  We have jurisdiction under 28 U.S.C.

§ 2253, and we affirm.

---

      [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

      [**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court dismissed Foster's habeas petition on the basis that it was an unauthorized second or successive petition. The court granted a certificate of appealability on the issue of whether Foster needed permission to file the second petition given that the first petition was denied as untimely. *See, e.g., Cook v. Ryan*, 688 F.3d 598, 608 (9th Cir. 2012). Foster has not addressed this issue on appeal and has thereby waived any challenge to the district court's dismissal. *See Womack v. Del Papa*, 497 F.3d 998, 1004 (9th Cir. 2007).

We treat Foster's allegations regarding ineffective assistance of counsel, newly discovered DNA evidence, and cumulative error, as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22-1(e); *Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999) (per curiam).

Foster's motion to dismiss the answering brief is denied.

**AFFIRMED.**